Ira Spiro (SBN 67641)
Spiro Law Corporation
10573 West Pico Blvd., #865
Los Angeles, CA 90064
Telephone: (310) 235-2350
ira@spirolawcorp.com

Dennis F. Moss (SBN 77512)
15300 Ventura Blvd., Suite 207
Sherman Oaks, CA 91403
Telephone: (310) 773-0323
dennis@dennismosslaw.com

Attorneys for Plaintiffs and Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVE NERCIA GILLINGS, et al.,<br><br>    Plaintiffs,<br>vs.<br><br>TIME WARNER CABLE, LLC, et al.,<br><br>    Defendants. | Case No.: CV 10-5565-AG (RNBx)<br>CLASS ACTION<br>  **ORDER:**<br><br>**(1) GRANTING PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**<br><br>**(2) CERTIFYING PROPOSED SETTLEMENT CLASS**<br><br>**(3) APPROVING AND DIRECTING DISSEMINATION OF NOTICE TO THE CLASS, AND**<br><br>**(4) SETTING DATE FOR FAIRNESS HEARING AND RELATED DATES**<br><br>Date:      September 21, 2015<br>Time:     10:00 a.m.<br>Judge:    Hon. Andrew Guilford<br><br>Date Action Filed: June 25, 2010<br>Date Removed:   July 27, 2010<br>Trial Date:       VACATED |

On September 21, 2015, a hearing was held on the motion of plaintiffs Eve Nercia Gillings, Patrice Hayes, Rhandi Walters and Phillip Bond for preliminary approval of the parties' proposed settlement in the class action *Gillings et al. v. Time Warner Cable, LLC et al.* Case No. SACV 10-5565-AG (RNBx), conditional certification of the settlement class in this action, approval of the notice to be sent to the class about the settlement, and the setting of a date for the hearing on final approval of the settlement. Dennis F. Moss and Ira Spiro appeared for plaintiffs; J. Scott Carr appeared for Defendants.

The Court having read and considered the papers on the motion, the arguments of counsel, and the law, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

The proposed class satisfies the requirements of a settlement class under Federal Rule of Civil Procedure 23 because the class is so numerous that joinder of all member is impracticable, there are questions of law or fact common to the class sufficient to warrant approval of the Settlement;, plaintiff's claims are typical of Class Members' claims, plaintiffs have and will fairly and adequately protect the interests of the class. For purposes of Settlement, questions of law or fact common to Class Members predominate over questions affecting only individual Class Members, and a class action settlement is superior to other available methods for the fair and efficient adjudication of the controversy.

The Court hereby orders preliminary approval of the settlement ("Settlement") stated in the parties' Stipulation of Settlement (an Exhibit to the Statement by Plaintiffs Re Revised Class Notice and Stipulation of Settlement filed November 30, 2015 – the Stipulation was filed again December 23, 2015). The Settlement falls within the range of possible approval as fair, adequate and reasonable, and appears to be the product of arm's-length and informed negotiations, and treats all Class Members fairly.

The parties' proposed notice plan, as modified by the revised class notice is constitutionally sound because individual notice will be mailed to all class members whose identities are known to the parties, and such notice is the best notice practicable.

The parties' proposed notice to the class, claim form, and exclusion form (all three filed December 23, 2015, collectively referred to as "Class Forms") are sufficient to inform Class Members of the terms of the Settlement, their rights under the Settlement, their rights to object to the settlement, or elect not to participate in the Settlement, and the processes for doing so, and the date and location of the final approval hearing. Accordingly, the Class Forms are approved.

This action is granted conditional certification and the following persons are certified as Class Members solely for the purpose of entering a settlement in this matter:

> All individuals who are or were employed as Call Center Representatives by defendants in California at any time between June 25, 2006 and April 16, 2015.

Settlement Services, Inc. is appointed to act as the Settlement Administrator,

Plaintiffs Eve Nercia Gillings, Patrice Hayes, Rhandi Walters and Phillip Bond are conditionally appointed the Class Representative. Dennis F. Moss and Ira Spiro are conditionally appointed Class Counsel. Class Counsel shall file and serve their fees and costs motion 30 days after the Notice is mailed to the Class.

The Class Forms shall be disseminated according to the notice plan described in the Settlement Agreement and substantially in the form submitted by the parties. Proof of distribution of notice shall be filed by the parties at or prior to the final approval hearing.

A final hearing will be held on May 9, 2016 at 10:00 a.m. to determine whether the proposed settlement set forth in the Settlement Agreement should be granted final approval as fair, reasonable, and adequate as to the Class Members. The Court will hear all evidence and argument necessary to evaluate the Settlement, and will consider plaintiff's request for Class Representative Payments and Class Counsel's request for Class Counsel Fees and Expenses.

Any Class Member may appear at the final approval hearing in person or by his or her own attorney, and show cause why the Court should not approve the Settlement, or object to the motion for awards of the Class Representative Payment and the Class

Counsel Fees and Expenses Payment. For any comments or objections to be considered at the hearing, the Class Member must file comments with the Clerk of Court indicating briefly the nature of the Class Member's comments, support or objection. Such comments must be filed with the Court within the time stated in the Class Notice.

The Court reserves the right to continue the date of the final approval hearing without further notice to Class Members. The Court retains jurisdiction to consider all further applications arising out of or in connection with the Settlement.

Dated: December 29, 2015

_____
ANDREW GUILFORD
United States District Judge