# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVE NERCIA GILLINGS, and PATRICE HAYES, PHILLIP BOND, and RHANDI WALTERS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TIME WARNER CABLE, LLC, et al.,<br>Defendants. | CASE NO. CV 10-5565-AG (RNBx)<br><br>**AMENDED JUDGMENT** |

On May 9, 2016, the Court heard Plaintiffs' Motion for Final Approval of Class Action Settlement and Plaintiffs' Motion for Attorneys' Fees and Costs. The Court has considered the Motions and all supporting papers, and hereby finds and orders as follows:

1. The Court has jurisdiction over the subject matter of this action, the Class Representatives, the Class Members as defined in the Settlement Agreement and Defendants.

2. The Court grants final approval of the Settlement as set forth in the Joint Stipulation Of Class Settlement And Release Between Plaintiffs And Defendants, referred to herein as the "Settlement Agreement".

3. The Court finds that the Settlement Agreement is the product of protracted, arms-length negotiations between experienced counsel. The Court finds, for settlement purposes only, that the Class satisfies the applicable standards for certification under Federal Rule of Civil Procedure 23.

4. Upon full distribution of all settlement proceeds, the Court's receipt of the settlement administrator's final report of distributions and the Court's approval of the report, this case will be dismissed with prejudice, and all the releases set forth in Paragraph 62 of the Settlement Agreement shall become effective

5. Class Counsel's request for attorneys' fees and litigation costs and expenses in this action is approved, as modified. Accordingly, Class Counsel are hereby awarded $275,000 for attorneys' fees, and $13,895.73 for reimbursement of litigation costs and expenses, which the Court finds were reasonably incurred in prosecution of this case. The Court further finds that the agreement between the parties concerning Class Counsel's application for fees and costs is fair and reasonable.

6. The enhancement awards for the Class Representatives in the amount of $5,000 each is approved.

7. Payment for class administration services to Settlement Services, Inc. in the amount of their charges for administering this matter are approved up to the maximum amount of $40,000.

8. The Court approves the settlement of claims under the California Labor Code Private Attorneys General Act ("PAGA"), California Labor Code § 2698, et seq., and the allocation of $7,500.00 from the Maximum Settlement Amount to the California Labor & Workforce Development Agency ("LWDA") as the LWDA's share of the Settlement attributable to civil penalties under the PAGA. The payment authorized by this paragraph shall be made in accordance with the terms of the Settlement.

9. The Court shall have exclusive and continuing jurisdiction over this matter for all purposes concerning the settlement, including supervising the settlement and

implementation, enforcement, construction, administration, and interpretation of the settlement and this Judgment.

10. The settlement administrator is and the parties are ordered to carry out the distribution of Settlement payments pursuant to the terms set forth in the Settlement Agreement.

11. This document shall constitute a judgment for purposes of Rule 59 of the Federal Rules of Civil Procedure.

Hearing date of July 25, 2016 at 10:00 a.m. is ordered VACATED.

IT IS SO ORDERED, ADJUDGED AND DECREED.

Dated: July 15, 2016

ANDREW J. GUILFORD
U.S. District Court Judge